UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANNAMARIE ? Last name uncertain,
et al

VERSUS

ELECTORS FOR THE STATE
OF LOUISIANA

CIVIL ACTION

NO. 12-601-BAJ

**RULING
AND ORDER OF DISMISSAL**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 15, 2012 (doc. no. 3) to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, IT IS ORDERED that plaintiff's complaint is hereby dismissed for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is DENIED for failure to raise a non-frivolous issue.

Baton Rouge, Louisiana, November 20, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES DISTRICT Court

MIDDLE DISTRICT OF LOUISIANA

BRODERICK ISLER

VERSUS

JOHN BELL, ET AL.

CIVIL ACTION

NO. 12-42-BAJ-DLD

**ORDER OF DISMISSAL**

For the written reasons assigned and filed herein:

IT IS ORDERED that the plaintiff's claims are DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915, and this action is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this _____ day of June, 2012.

———————————————
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA